IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Criminal No. 05-077 (RJL) |
| ) | |
| RICARDO JOE LOVE ) | |

**FILED**

FEB 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**VERDICT**
**COUNT ONE**

With respect to the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a term exceeding one year, we the jury find the defendant

_____ Guilty       \_\_\_\_12\_\_\_\_ Not Guilty

2/9/06 Date                                    _____ Foreperson